# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
June 17, 2011

No. 10-10658
Summary Calendar

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

ABEL SAENZ-LOPEZ, JR.,

Defendant-Appellant

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:94-CR-339-3

Before KING, HIGGINBOTHAM, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Abel Saenz-Lopez, Jr., appeals the sentence imposed for the revocation of his supervised release. He was sentenced to 24 months of imprisonment on count one and 12 months of imprisonment on count two, to run concurrently. The district court ordered that the revocation sentence run consecutively to an undischarged federal sentence.

Saenz-Lopez has failed to show any error with respect to the substantive reasonableness of the revocation sentence. *See Gall v. United States*, 552 U.S.

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 10-10658

38, 51 (2007); *United States v. Smith*, 440 F.3d 704, 708 (5th Cir. 2006). Thus, he has failed to show the revocation sentence is plainly unreasonable. *See United States v. Miller*, 634 F.3d 841, 843 (5th Cir. 2011).

The judgment of the district court is AFFIRMED.